UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
DAMIAN MARTIN,

                                                                                                    Civil Action No:
                                                                                                    1:23-cv-4944

                 Plaintiff,

-v.-
VERVE HOLDINGS, LLC

                 Defendants.
---------------------------------------------------------------x

**JOINT STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel as to Plaintiff and the Defendant in the above captioned action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that this action is dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Dated: January 31, 2024

| For Plaintiff Damian Martin | For Defendant Verve Holdings, LLC |
|---|---|
| _s/Mark Rozenberg_<br>Mark Rozenberg<br>Stein Saks, PLLC<br>One University Plaza<br>Hackensack, NJ 07601<br>Ph: (201) 282-6500<br>mrozenberg@steinsakslegal.com | _s/ Andrew R. Goldenberg_<br>Andrew R. Goldenberg<br>Levy Goldenberg, LLP<br>75 Broad Street st 2120<br>New York, NY 10004<br>Ph: (212) 906-4499<br>andrew@levygoldenberg.com |

1

**So Ordered.**

s/Nicholas G. Garaufis
Hon. Nicholas G. Garaufis
Date: 2/4/24